No. D–1323. IN RE DISBARMENT OF STEFFEN. Albert Joseph Steffen, of Cincinnati, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the

Bar of this Court. The rule to show cause, heretofore issued on November 8, 1993 [*ante,* p. 961], is hereby discharged.